■

**Joe SPENDOR, Appellant, v. STATE of Texas, Appellee.**

**No. 22820.**

Court of Criminal Appeals of Texas.

April 5, 1944.

C. O. McMillan, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the sale of one pint of whisky to Robert H. Williams and was assessed a fine of $200.

The record presents nothing for our consideration.

The judgment of the trial court is affirmed.

■

**Joe SPENDOR, Appellant, v. STATE of Texas, Appellee.**

**No. 22821.**

Court of Criminal Appeals of Texas.

April 5, 1944.

C. O. McMillan, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the sale of one pint of whisky to W. L. Hudson in a dry area and was assessed a fine of $100.

The record presents nothing for our consideration.

The judgment of the trial court is affirmed.